# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KRISTAN SEIBERT**                                                          **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 1:14-CV-188-KS-MTP**

**JACKSON COUNTY, MISSISSIPPI,** *et al.*                           **DEFENDANTS**

## ORDER

Pursuant to the Opinion [143] and Order [144] of the United States Court of Appeals for the Fifth Circuit, the Court reinstates the jury's verdict against Defendant James Michael Byrd in his individual capacity in the amount of $260,000.00.

SO ORDERED AND ADJUDGED this __28th__ day of April, 2017.

                                                                                s/ Keith Starrett
                                                          UNITED STATES DISTRICT JUDGE