**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**KRISTAN SEIBERT**                                                **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 1:14-CV-188-KS-MTP**

**JACKSON COUNTY, MISSISSIPPI,** *et al.*                          **DEFENDANTS**


<u>**ORDER**</u>

On August 11, 2017, Plaintiff filed a Motion to Lift the Stay [156] of her claims against Travelers Casualty and Surety Company to recover under a bond issued to Defendant James Michael Byrd. Travelers shall respond to the motion on or before **August 25, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Plaintiff wants to reply, she may do so on or before **September 1, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiff's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendant's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___15th__ day of __August_____, 2017.

                    ___s/Keith Starrett_____
                    UNITED STATES DISTRICT JUDGE