**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**KRISTAN SEIBERT**                                                                      **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 1:14-CV-188-KS-MTP**

**JACKSON COUNTY, MISSISSIPPI, et. al.**                        **DEFENDANTS**

**ORDER
TEMPORARILY DEFERRING ENTRY OF A CASE MANAGEMENT ORDER**

THIS MATTER came before the Court this date for a case management conference. The Court having conferred with the parties finds that entry of a case management order should be deferred pending resolution of certain preliminary matters.

IT IS, THEREFORE, ORDERED as follows:

1. In light of the Plaintiff's Motion [163] to Amend, the obligation of Defendant Travelers Casualty and Surety Company of America to answer or otherwise respond to the Amended Complaint [25] is suspended as a matter of efficiency and judicial economy. It is unclear at this time if Amended Complaint [25] will be the operative complaint. The Court will direct a response to the operative complaint following the resolution of the motion [163] to amend.

2. The entry of a Case Management Order is deferred pending resolution of the Motion [163] to Amend or further order of the Court.

3. Discovery is stayed pending further order.

SO ORDERED, THIS the 10th day of October, 2017.

                                                         s/ Michael T. Parker
                                                         United States Magistrate Judge