# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## SOUTHERN DIVISION

**KRISTAN SEIBERT**                                                                                                    **PLAINTIFF**

**v.**                                                                       **CIVIL ACTION NO. 1:14-CV-188-KS-MTP**

**JACKSON COUNTY, MISSISSIPPI, et. al.**                                                            **DEFENDANTS**

## ORDER

      This matter is before Court *sua sponte* for case management purposes. On October 23, 2017, this Court granted Plaintiff leave to file an amended complaint to new add claims against Defendant, Travelers Casualty and Surety Company of America ("Travelers"). Plaintiff filed the amended complaint as ordered. However, the style of the amended complaint includes parties that have already been terminated. The case will not be reopened as to Jackson County, Mississippi or James Michael Byrd as the claims against them have already been adjudicated. There is no need to re-file the Second Amended Complaint [172]. Only Plaintiff and Travelers remain before the Court as active parties. The Clerk of Court need not reopen the case as to the other parties.

      SO ORDERED, THIS the 1st day of November 2017.

                                                         s/ Michael T. Parker
                                                         United States Magistrate Judge