IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KRISTAN SEIBERT**                                                          **PLAINTIFF**

**V.**                            **CIVIL ACTION NO. 1:14-CV-188-KS-MTP**

**TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,** *et al.*                                      **DEFENDANTS**

**FINAL JUDGMENT**

For the reasons provided in the Memorandum Opinion and Order entered on this day, the Court enters this Final Judgment. Plaintiff's claims against Defendant Travelers Casualty and Surety Company of America are dismissed with prejudice.

SO ORDERED AND ADJUDGED this 29th day of March, 2018.

                                                /s/ Keith Starrett
                                              KEITH STARRETT
                                              UNITED STATES DISTRICT JUDGE